# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3036
LT Case No. 2021-CF-001306

_____

CARLOS DEWAYNE MCCARTER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Clay County.
James E. Kallaher, Judge.

Ryan Edward McFarland, of Kent & McFarland, Jacksonville,
for Appellant.

James Uthmeier, Attorney General, and Benjamin L. Hoffman,
Assistant Attorney General, Tallahassee, for Appellee.


July 14, 2026

PER CURIAM.

AFFIRMED.

MAKAR, WALLIS, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____